UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**United States of America,**
             Plaintiff(s),             CASE NO. 03-cr-80602

v.                                         JUDGE Patrick J. Duggan

Sandra Marie Anderson,
             Defendant(s).
_____/

## NOTICE OF CORRECTION

Docket entry number [44], entered on [10/19/2005] was corrected. The explanation for the correction is stated below.

| | |
|---|---|
| **X** | The docket entry was made on the wrong case. |
| | The corresponding document image was missing or incomplete. |
| | The wrong document image was associated. |
| | The wrong judicial officer was listed on the case docket. |
| | The filer information was inaccurate or omitted from the docket text. |
| | The judicial officer information was inaccurate or omitted from the docket text. |
| | The docket text was changed *<provide brief explanation, if applicable>*. |

| | |
|---|---|
| | Other: *<provide brief explanation, if applicable>* |

No further action is required. If you need further clarification or assistance, please contact [(313)234-5010].

                                          DAVID J. WEAVER, CLERK OF COURT

                                          By_s/Nicole Hollier_____
                                          Deputy Clerk

Date: October 19, 2005