UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,                CASE NO. 03-80602-01

v.                               Judge Patrick J. Duggan

SANDRA ANDERSON,

      Defendant.
_____/

## NOTICE OF TRANSFER OF JURISDICTION OF PROBATIONER

TO:   U.S. District Court
       180 W. Main Street
       Room 104
       Abingdon, VA 24210

The above entitled case has been transferred to your court under the provisions of 18 U.S.C. § 3605, authorizing transfer of jurisdiction of probationer. Enclosed is a copy of the Order of Transfer and certified copies of the docket sheet, indictment and Judgment.

Please acknowledge receipt of these documents by returning a time-stamped copy of this Notice to:

                Clerk's Office
                United States District Court
                1000 Washington Ave., Room 304
                P.O. Box 913
                Bay City, MI 48707

## CERTIFICATION

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                      DAVID J. WEAVER, CLERK OF COURT

Date: October 17, 2006                              By: s/Carol J. Greyerbiehl
                                                         Deputy Clerk